THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET et al., Appellants, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. (Appeal No. 6.)

Argued October 4, 1944; decided November 22, 1944.

**832**

*Edward G. Bathon, John N. Regan, Charles R. Barrett* and *Peter J. Baxter* for appellants.

*Ignatius M. Wilkinson,* Corporation Counsel (*Francis A. Fullam, Jr., James Hall Prothero* and *Arthur H. Goldberg* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.